# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRIAN MIECZNIKOWSKI,** | : |
| | : Case No.: 2:20-cv-4393 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : MAGISTRATE JUDGE DEAVERS |
| **JIMMY V LLC,** | : |
| **d/b/a JIMMY V'S GRILL & PUB,** *et al*. | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Brian Miecznikowski ("Plaintiff") and Defendant Jimmy V, LLC d/b/a Jimmy V's Grill & Pub, Defendant Jim G. Velio, Defendant MyFlori LLC, and Defendant One Tired Momma II, LLC, ("Defendants"), by and through counsel, hereby stipulate that all claims between them are hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs. Plaintiff and Defendants hereby state that, this Court, the United States District Court for the Southern District of Ohio, Eastern Division, will retain jurisdiction to enforce the settlement agreement entered into by Plaintiff and Defendants.

Respectfully submitted,

/s/ *Greg R. Mansell*
Greg R. Mansell (0085197)
(Greg@MansellLawLLC.com)
Carrie J. Dyer (0090539)
(Carrie@MansellLawLLC.com)
Mansell Law, LLC
1457 S. High St.
Columbus, OH 43207
Ph: 614-610-4134
Fax: 614-547-3614
*Counsel for Plaintiff*

/s/ *C. William Klausman (per email authorization)*
C. William Klausman (0063388)
(Bill@klausmanlawltd.com)
75 East Gay Street, Ste. 300
Columbus, Ohio 43215
Ph: 614-469-1300
*Counsel for Defendants Jimmy V LLC, MyFlori, LLC, and Jim Velio*

/s/ *James J. Andrioff (per email authorization)*
James J. Andrioff (0029770)
(Jandrioff@aol.com)
22 East Gay Street, suite 200
Columbus, Ohio 43215
Ph: 614-221-2700
*Counsel for One Tired Momma II, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                                                s/ *Greg R. Mansell*  
                                              Gregory R. Mansell (0085197)